# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

145299

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEMARCO MARCELL JAMERSON,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145299
COA: 303507
Saginaw CC: 09-032774-FC

On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012 _____

p1128

_____
Clerk